FILED

2007 Apr-12  PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| AUGUSTUS LUNDY, | ) | |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-04864-WMA-PWG |
| | ) | |
| ERSKINE MATHIS, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 21, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  The magistrate judge further recommended that any state law claims be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  The plaintiff filed objections to the report and recommendation on April 2, 2007.  In his objections, the plaintiff asserts the new allegation that the defendant conspired with a state court judge and another attorney to deprive him of constitutional rights.  However, allegations of conspiracy must be specific and based upon facts rather than conclusions, and it is not enough to simply allege that a conspiracy existed. *Fullman v. Graddick,* 739 F.2d 553, 557 (11th Cir. 1984). Thus, the plaintiff's vague and general assertions of conspiracy, without supporting operative facts, are not sufficient to state a claim under § 1983. *See Phillips v. Mashburn*, 746 F.2d 782 (11th Cir. 1984).

Therefore, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion

that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is

ACCEPTED.   Accordingly, the complaint is due to be dismissed for failing to state a claim upon

which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this 12th day of April, 2007.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE